E. Porter Fraker, Respondent, *v.* A. G. Hyde & Sons, Appellant.

*Fraker* v. *Hyde & Sons*, 141 App. Div. 927, reversed.
(Argued April 9, 1912; decided April 30, 1912.)

Appeal, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 6, 1910, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover on an alleged contract for services.

*Alton B. Parker, James J. Allen* and *Theodore Megaarden* for appellant.

*John J. Lenehan* for respondent.

Judgment reversed and a new trial granted, with costs to abide the event, unless within twenty days the plaintiff stipulates to deduct from the recovery the sum of $4,200 of principal with proper proportion of interest, in which case the judgment as so reduced is affirmed, without costs in this court to either party; no opinion.

Concur: Cullen, Ch. J., Gray, Werner, Willard Bartlett, Chase and Collin, JJ. Hiscock, J., dissents on the ground that the plaintiff did not establish the right to recover percentage on profits.